# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

Court System: **Circuit Court For Baltimore County - Civil**
Location: **Baltimore County Circuit Court**
Case Number: **C-03-CV-25-002845**
Title: **Leonard Eldridge vs. Baltimore County, Maryland, et al.**
Case Type: **Civil Rights**
Filing Date: **06/07/2025**
Case Status: **Open**

### Involved Parties Information

#### Plaintiff

Name: **Eldridge, Leonard**

Address: **C/O Hansel Law, P.C.**
**2514 North Charles Street**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

##### Attorney(s) for the Plaintiff

Name: **Mack, Kristen Marie**
Appearance Date: **06/07/2025**
Address Line 1: **Hansel Law, PC**
Address Line 2: **2514 North Charles Street**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

Name: **HANSEL, CARY JOHNSON III**
Appearance Date: **06/07/2025**
Address Line 1: **Hansel Law P.C.**
Address Line 2: **2514 North Charles Street**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

#### Defendant

Name: **Baltimore County, Maryland**

Address: **Serve: James R. Benjamin, Jr., Esq. County Attorney**

Historic Courthouse

City: **TOWSON**   State: **MD**   Zip Code: **21204**

## Defendant

Name: **Officer Hansel Simpson**

Address: **Maryland Correctional Training Center**
**18800 Roxbury Road**

City: **HAGERSTOWN**   State: **MD**   Zip Code: **21746**

## Defendant

Name: **Officer Bryant**

Address: **Maryland Correctional Training Center**
**18800 Roxbury Road**

City: **HAGERSTOWN**   State: **MD**   Zip Code: **21746**

# Document Information

File Date: **06/07/2025**
Document Name: **Complaint / Petition**
Comment: **Complaint and Jury Demand with Line Regarding Summons**

File Date: **06/07/2025**
Document Name: **Case Information Report Filed**
Comment: **Civil - Non-Domestic Case Information Report**

File Date: **06/07/2025**
Document Name: **Demand / Request for Jury Trial**
Comment:

File Date: **06/09/2025**
Document Name: **Summons Issued (Service Event)**
Comment:

File Date: **06/09/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **Summons**

File Date: **06/09/2025**

| | |
|---|---|
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Summons |

| | |
|---|---|
| File Date: | 06/09/2025 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Summons |

| | |
|---|---|
| File Date: | 07/31/2025 |
| Document Name: | Request to Re-Issue |
| Comment: | Line Requesting Reissuance of Summons |

| | |
|---|---|
| File Date: | 07/31/2025 |
| Document Name: | Request to Re-Issue |
| Comment: | Line Requesting Reissuance of Summons |

| | |
|---|---|
| File Date: | 07/31/2025 |
| Document Name: | Request to Re-Issue |
| Comment: | Line Requesting Reissuance of Summons |

| | |
|---|---|
| File Date: | 08/01/2025 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 08/01/2025 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 08/01/2025 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Writ of Summons |

| | |
|---|---|
| File Date: | 08/01/2025 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Writ of Summons |

| | |
|---|---|
| File Date: | 08/04/2025 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 08/04/2025 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Summons |

| | |
|---|---|
| File Date: | 08/06/2025 |
| Document Name: | Request to Re-Issue |
| Comment: | Line Requesting Reissuance of Summons Due to Misnomer |

| | |
|---|---|
| File Date: | 08/06/2025 |
| Document Name: | Request to Re-Issue |
| Comment: | Line Requesting Reissuance of Summons Due to Misnomer |

| | |
|---|---|
| File Date: | 08/07/2025 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 08/07/2025 |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 08/07/2025 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Summons |

| | |
|---|---|
| File Date: | 08/07/2025 |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Summons |

| | |
|---|---|
| File Date: | 08/27/2025 |
| Document Name: | Deficient Filing |
| Comment: | Affidavit of Service on Defendant Ofc Simpson |

| | |
|---|---|
| File Date: | 08/27/2025 |
| Document Name: | Deficient Filing |
| Comment: | Affidavit of Service on Defendant Baltimore County |

| | |
|---|---|
| File Date: | 08/27/2025 |
| Document Name: | Deficient Filing |
| Comment: | Affidavit of Service on Defendant Ofc Bryant |

| | |
|---|---|
| File Date: | 08/28/2025 |
| Document Name: | Notice of Deficiency - Rule 20-203(d) |
| Comment: | Party Names |

| | |
|---|---|
| File Date: | 08/28/2025 |

| | |
|---|---|
| Document Name: | **Notice of Deficiency - Rule 20-203(d)** |
| Comment: | **Party Names** |

| | |
|---|---|
| File Date: | **08/28/2025** |
| Document Name: | **Notice of Deficiency - Rule 20-203(d)** |
| Comment: | **Party Names** |

| | |
|---|---|
| File Date: | **08/29/2025** |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service upon Baltimore County, MD** |

| | |
|---|---|
| File Date: | **08/29/2025** |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service upon Ofc. Simpson** |

| | |
|---|---|
| File Date: | **08/29/2025** |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service upon Ofc. Bryant** |

| | |
|---|---|
| File Date: | **10/02/2025** |
| Document Name: | **Deficient Filing** |
| Comment: | **Motion for Order of Default and Default Judgement** |

| | |
|---|---|
| File Date: | **10/06/2025** |
| Document Name: | **Notice of Deficiency - Rule 20-203(d)** |
| Comment: | **multiple pleadings must be separated** |

| | |
|---|---|
| File Date: | **10/06/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Deficiency** |

| | |
|---|---|
| File Date: | **10/06/2025** |
| Document Name: | **Deficient Filing** |
| Comment: | **Order for Motion of Default** |

| | |
|---|---|
| File Date: | **10/06/2025** |
| Document Name: | **Deficient Filing** |
| Comment: | **Proposed Order** |

| | |
|---|---|
| File Date: | **10/06/2025** |
| Document Name: | **Motion - Default** |
| Comment: | **Motion for Order of Default** |

| | |
|---|---|
| File Date: | 10/06/2025 |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 1 - Affdavits** |

| | |
|---|---|
| File Date: | 10/06/2025 |
| Document Name: | **Demand / Request for Jury Trial** |
| Comment: | |

| | |
|---|---|
| File Date: | 10/07/2025 |
| Document Name: | **Notice of Deficiency - Rule 20-203(d)** |
| Comment: | **multiple submissions Envelope #23253618** |

| | |
|---|---|
| File Date: | 10/07/2025 |
| Document Name: | **Notice of Deficiency - Rule 20-203(d)** |
| Comment: | **multiple submissions Envelope #23253618** |

| | |
|---|---|
| File Date: | 10/07/2025 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Deficiency** |

| | |
|---|---|
| File Date: | 10/07/2025 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Notice of Deficiency** |

| | |
|---|---|
| File Date: | 10/08/2025 |
| Document Name: | **Order - Motion/Request/Petition Denied** |
| Comment: | **Order denying Request for Order of Default** |

| | |
|---|---|
| File Date: | 10/08/2025 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **order** |

| | |
|---|---|
| File Date: | 10/14/2025 |
| Document Name: | **Affidavit - Service** |
| Comment: | **Amended Affidavit of Service by Private Process** |

| | |
|---|---|
| File Date: | 10/14/2025 |
| Document Name: | **Affidavit - Service** |
| Comment: | **Amended Affidavit of Service by Private Process** |

| | |
|---|---|
| File Date: | 10/14/2025 |

Document Name: **Affidavit - Service**

Comment: **Amended Affidavit of Service by Private Process**

## Service Information

| Service Type | Issued Date |
| --- | --- |
| **Summons Issued** | **06/09/2025** |
| **Summons Issued** | **08/01/2025** |
| **Summons Issued** | **08/01/2025** |
| **Summons Issued** | **08/04/2025** |
| **Summons Issued** | **08/07/2025** |
| **Summons Issued** | **08/07/2025** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114